UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLES J. MCKENNY, III,

        Plaintiff,

vs.                        Case No.   3:06-cv-576-J-33MCR

U.S. POSTAL SERVICE,

        Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. # 4), entered on June 30, 2006, recommending that Plaintiff's Motion to proceed in forma pauperis (Doc. # 2) be denied and that the case be dismissed without prejudice.

As of this date, neither party has filed an objection to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review

factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(c).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. # 4), entered on June 30, 2006, recommending that Plaintiff's Motion to proceed in forma pauperis (Doc. # 2) be denied and that the case be dismissed without prejudice is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff's motion to proceed in forma pauperis (Doc. # 2) is **DENIED.**

(3) Plaintiff's case is dismissed without prejudice.

(4)   The Clerk is directed to terminate all deadlines and close the file.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 27th day of July, 2006.

```
                              _____
                              VIRGINIA M. HERNANDEZ COVINGTON
                              UNITED STATES DISTRICT JUDGE
```

Copies:

All Parties and Counsel of Record